# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Case No.: 3:17-CR-1 |
| ) | |
| BRIAN REESE ZIMMERMAN ) | |

## MOTION TO CONTINUE

Comes now the Defendant, by and through counsel, pursuant to Federal Rules of Criminal Procedure 12(c)(3) and 45(b) to continue the trial scheduled for March 15, 2017. Justice so requires a continuance in order for the Defendant to conduct a thorough review of the discovery provided by the government. Additionally, the Government and the Defendant may resolve this case without the need for trial. Counsel for the Defendant has spoken with counsel for the Government and is in agreement to continue the trial date subject to this Court's approval.

Furthermore, the Defendant requests that all deadlines, Plea Deadline, Motion in Limine filing deadline, and other deadlines, outlined in the scheduling order be reset to align with the new trial date, should this Court approve the Defendant's request.

Respectfully submitted, this 1st day of March, 2017.

/s/ Marcos M. Garza
Marcos M. Garza, BPR No. 021483
David L. Beck, BPR No. 006992
Keith E. Lowe, BPR No. 026446
Jason S. Collver, BPR No. 034187
Garza Law Firm, PLLC
550 W. Main Street, Ste 340
Knoxville, TN 37902
(865) 540-8300

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served via ECF upon the U.S. Attorney's Office for the Eastern District of Tennessee on this 1st day of March, 2017.

/s/ Marcos M. Garza